

**ANNE T. DONNELLY**
**DISTRICT ATTORNEY**

**SPECIAL PROCEEDINGS DIVISION**
Tammy J. Smiley, Executive

**APPEALS BUREAU**
Daniel Bresnahan, Chief

# OFFICE OF THE DISTRICT ATTORNEY
## NASSAU COUNTY

January 29, 2025

Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza, Courtroom 940
Central Islip, New York 11722

      Re:    *Ramirez v. Kopp*
              24-CV-07996 (GRB)

Dear Judge Brown:

On January 28, 2025, I received an Order to Show Cause on the above referenced Petition for a Writ of Federal Habeas Corpus, directing that the Attorney General of the State of New York or the District Attorney of Nassau County, should answer as attorney for respondent. After reviewing the petition, which was also served on our office, along with the related state court decisions, it appears that this defendant was convicted in Suffolk County. After checking our records, I have confirmed that our Office has had no connection with this case and wanted to bring the matter to the Court's attention as soon as possible so that the Suffolk County District Attorney's Office can be notified in our place.

Thank you very much for your attention.

Respectfully Submitted,

Cristin N. Connell
Senior Appellate Attorney
for Federal Litigation

cc:    Fernando Ramirez
        21-A-0974
        SING SING CORRECTIONAL FACILITY
        354 Hunter Street
        Ossining, NY 10562