FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT - 9 2025 ★
LONG ISLAND OFFICE

RECEIVED
OCT 09 2025
EDNY PRO SE OFFICE

REC'D IN PRO SE OFFICE
OCT 9 '25 PM 1:59

Dear Honor & Judge
Gary R. Brown

My Name is Fernando Ramirez
Junior Born 12-30-1986.
In the Last 8-9 years of
my life I've Been Living
in a Horror Movie that
Started on 11-27,2017 when
I was in an automobile
Accident where Mr. Daniel
Granados Passed away. It's
been Something similar to
a BLACK cloud and a storm
that has decended upon my
life Since 11-27-2017 and it's
a tragic story that since
that day It's one of the
only things I would change
in my life be cause never
did I think I Fernando Ramirez
Jr would be the reason For
the Loss of a life. I am writing
you today Judge Brown
asking For your forgivness, I
myself wasnt able to apoligize
and speak during my time
in Court because First I
was recommend not to

Speak by the attorney at the time besides that the fear in me and the confusion of Everything happening at the time had me simply Just scared being it was the first and I say last first because I've never been thru any of this and Last I say because with this Life I was spared to keep I will never again be the cause of anything that would ever Jeopardize anyone's or my life again. As god is my only witness Judge Gary R. Brown I am truly sorry for everyone who was hurt on the day of 11-27-2017 because of me not being on a clear and Level headed mind state. While I been Incarcerated Ive taken all this time to analyze and look at my life. There was a point in my life where I had a beautiful family a business I started with my Fiance and best Friend 2 Guys Auto Sales a buying and sellings

Cars, and I Lost all 1 night not using one of the worlds greatest gifs using my brain and mind in A clear and understanding way. I'm here today asking for your forgiveness and to say Honor tay R. Braun and ask of you to please consider Giving me Last chance as an American Born Citizen with this life I was able to keep to please consider my Release from Prison. It is something that not only do I ask of you sir but it is Also a question that I am willing to lay on put my life on the line that I will never again Not only Never to drink again but also to Never hurt, injure, or break another Law in America or the World again. My time incarcerated of looked for way's to Find knowledge besides the programs ive taken I sat down and read the bible and it's where I truly learned what is asked of us in this

life We live. We asked used to
be righteous, live humble Live
to Love and just do what's
right in all aspects of Life. I
Also took a drug Program named

ASAT
Alchol
Substance
Abuse
Treutment

Its where I Learned this
powerful quote For me which
I call the P Family

1) Proper
2) Preperation
3) Prevents
4) Poor
5) PerFormance

what those words meant to
me were crazy, the reason's
why I am Incarcerated so that
i never again make the same
mistakes and only do better
in my life For my life and
those around me. I've shared
with my Family that iF I
was meant to be a drug

Counselor in another life one of my goals will be to become a drug counselor in this life so that I can share my story and help those with the same problem I once had. As I was reading thru my Law work I come Across a Part where is said I had an open case prior to my Accident in Queens Judge Gary R. Braun I swear to God with this life I was able to keep I never drove the car that night I was Arrested For in Queens and while I was at the police Prescient even said and asked on camera I was being arrested and charged if I was not driving only sitting in a car with No key in the ignition of car not on and still ed charged with a DWI that they only gave me 1 day For when case was over! I Asked Judge Braun to Please Being a Son of God and Judge yourself an land Please Consider my plea and Losing my life on the Line

of never doing anything to Jeopardize anyone or my life again and my Release From prison. I was once told Actions speck Louder then words, I will Let my Action speck for me along with the words I wrote here today becase it's words that come From the heart. I sent along 5 scriptures From the book of Jhon in the bible that I Feel go along with my life and end with this.

Jhon 2-24/25

But Jesus on his Part did not entrust himself to them, because he knew all people and needed no one to bear witness about man, For he himself knew was in man.

I shared that because he knows what's in my mind and heart and I ask and all I can ask From you is to believe the words I wrote here today

## Jhon 1-5
The light shines in the darkness
and the darkness has not overcome it.

## Jhon 8-12
Jesus Spoke to them saying I am the light
of the world Follow me will not walk
whoever
in darkness but will have the light of life.

## Jhon 8-15
You Judge According to the flesh, I Judge
no one.

## Jhon 8-18
I am the one who bears witness
about myself and the Father who sent
me bears witness about me.

## Jhon 8-34
Jesus said - Truly, Truly I say to you anyone
everyone who practices Sin is A slave to Sin

**SING SING CORRECTIONAL FACILITY**
354 HUNTER STREET
OSSINING,NEW YORK 10562

NAME: F. Ramirez   DIN: 21A0974

SING SING
2025
Correctional Facility

quadient
10/07/2025
US POSTAG

FREEDOM
FOREVER USA

ZIP 10562
041M11470503

U S M S

Judge Gary R. Brown
District Court, E.D.N.Y
100 Federal Plaza
Central Islip NY 11722

RECEIVED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

☆ OCT - 9 2025 ☆

LONG ISLAND OFFICE

1172234438 0003